IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
ASHEVILLE, N.C.
AUG 1 2 2011
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:05CR384 |
| | ) | |
| v. | ) | |
| | ) | |
| (2) NAHEED KASHMARY | ) | |

# Consent Writ of Execution

The parties, the United States of America, and the defendant, agree and stipulate as follows:

1. The defendant is Naheed Kashmary, Social Security Number xxx-xx-3867, whose last known address is: 4820 Easthaven Drive, Charlotte, NC 28212.

2. ~~A money judgment was entered against the defendant on November 22, 2006.~~ The parties agree and stipulate that the total balance due is $100,000.00 as of August 9, 2011.

3. First Citizens Bank has in its possession, custody or control property of the defendant, funds located in accounts including, but not limited to, account number 000138180902 in the name of Naheed Kashmary.

4. Wells Fargo, fka/Wachovia Bank has in its possession, custody or control property of the defendant, funds located in accounts including, but not limited to, account number 1010298773918 and 1010082398282 in the name of Naheed Kashmary.

5. The defendant agrees and stipulates that the funds are subject to execution under 28 U.S.C. §3203 and expressly agrees and stipulates that the entry of a Consent Order of Execution is proper.

6. The parties agree and stipulate to the entry of a Consent Order of Execution against the funds in the First Citizens account described above. It is expressly agreed and stipulated to by

APPROVED AND SO ORDERED this 12th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

_____  DATE: August 11, 2011
WILLIAM A. BRAFFORD
Assistant United States Attorney

_____  DATE: 08/11/2011
NAHEED KASHMARY
Defendant

2